UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LOUIS OVERTON, | ) | No. CV 13-05646-R (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SOCIAL SECURITY ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: October 18, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE